SEPTEMBER 18, 1991

No. 91–5845 (A–214). RUSSELL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

SEPTEMBER 19, 1991

No. A–184. CLARK ET AL. v. ROEMER, GOVERNOR OF LOUISIANA, ET AL. Application to vacate the stay entered by the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE MARSHALL and JUSTICE BLACKMUN would grant the application.

SEPTEMBER 20, 1991

No. A–76. CRISTINA v. DERAMUS. C. A. 3d Cir. Application for certificate of probable cause to appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–119. SAUKSTELIS ET AL. v. CITY OF CHICAGO. C. A. 7th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–206. REPUBLICAN PARTY OF VIRGINIA ET AL. v. WILDER, GOVERNOR OF VIRGINIA, ET AL. D. C. W. D. Va. Application for injunction, addressed to JUSTICE STEVENS and referred to the Court, denied.